

1  **LAW OFFICE OF RICCI & SPROULS**
   Attorneys at Law

2  445 Washington Street
   San Francisco, California 94111

3  (415) 391-2100

4  FAX (415) 391-4678
   **FRANK P. SPROULS** State Bar #166019

5  Attorney for Petitioner

                    UNITED STATES DISTRICT COURT
6         FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION

7

8  Petitioners,

9  Kamaldeep SAHOTA
   Majit MEHMI                              CV  08      2207

10  v.

                                            **PETITION FOR WRIT OF**
11  MICHAEL MUKASEY, ATTORNEY               **MANDAMUS**

12  GENERAL OF THE UNITED STATES

13  AND

14  SCOTT BLACKMAN, ACTING
    REGIONAL   DIRECTOR   OF   U.S.
15  BUREAU OF CITIZENSHIP AND
    IMMIGRATION SERVICES
16  CALIFORNIA SERVICE CENTER

17  Respondents

18

19

20

21

22      The Petitioners hereby petitions this Court for extraordinary relief in the nature of a writ

23  of mandamus, directed to Defendant, MICHAEL MUKASEY, Attorney General and his

24  employees and agents in the Bureau of Citizenship and Immigration Services; specifically the

25  Acting Regional Director of the California Service Center Laguna Niguel of the Bureau of

    Citizenship and Immigration Services.

---

PETITION FOR WRIT OF MANDAMUS Sahota v. Mukasey                                    1

1   This action seeks the very ***modest*** relief of compelling the Director of the CA Service

2   Center Office to ***simply*** render a decision on Plaintiff's Petition for Alien Relative (hereafter

3   form "I-130").

4        In support of this petition, Plaintiffs alleges the following:

5                                    **THE PARTIES**

6        1. Plaintiff, Kamaldeep Sahota (hereafter the "petitioner"), is a United States Citizen.

7   She is the petitioner of form I-130 for her alien spouse. (**EXHIBIT A**)

8        2. Plaintiff, Majit Mehmi (hereafter the "petitioner") is a citizen of India and the

9   beneficiary named on form I-130.

10       3. The female petitioner resides in Fresno, California, while the male petitioner resides in

11  India.

12       4. Defendant, Michael Mukasey is the Attorney General of the United States and controls

13  the Immigration & Naturalization Service, and is named herein solely in his official capacity.

14

15       5. Defendant Scott Blackman is the Acting Regional Director of the CA Service Center

16  department of the Bureau of Citizenship and Immigration Services (BCIS) in Laguna Niguel, CA

17  and is named herein solely in his official capacity.

18                                    **THE FACTS**

19       6. The female Petitioner filed an I-130 for her spouse in August of 2006 with the CA

20  service center in Laguna Niguel, CA.

21       7. Since that time, the petitioners have not received any response from the service center.

22       8. Since the filing of the application, the female Petitioner has visited her spouse in India

23  and became pregnant. Subsequently, due to the distress of the distance of her husband and the

24  delay of her husband's pending application, the female petitioner suffered a miscarriage.

25  (**EXHIBIT B**)

9.  The female petitioner has requested updated information from BCIS (**EXHIBIT C**) but has only received general responses from the service. (**EXHIBIT D**)

10.  There should be no question as to the validity of the marriage between the female and male petitioner, specifically given the recent miscarriage incident.

11.  Plaintiff is understandably frustrated by the INS refusal to act, what Oliver Wendell Holmes in another context referred to as "an indomitable repose on the status quo" and we must reluctantly turn to this Court for relief.

## ARGUMENT

A. Governing Law

12.  The relief of mandamus is only available if the petitioner demonstrates "(1) a clear right to the relief, (2) a clear duty by the defendant to do the act requested, and (3) the lack of any other adequate remedy." Allied Chemical Corp. et. al v. Daiflon, *449* U.S. 33 (1980)

This case abundantly meets the test for mandamus relief.

## I. **CLEAR RIGHT TO RELIEF**

14.  An immediate relative of a United States Citizen is entitled to have an I-130 form filed administratively before the United States Citizenship and Immigration Services for adjudication.

15.  Now, counsel fully recognizes that this is not an issue of grave constitutional or statutory importance, however, for the petitioner, it is of enormous importance.

16.  The female Petitioner is an educated, professional who is simply seeking to have her husband join her in the United States so that they can start building their lives and family together.

17. By the failure of the Respondents to act on the I-130 filed on behalf of her spouse, they have trenched upon and effectively nullified her statutory rights.

Consequently, Petitioner must turn to this court for equitable intervention.

## II. CLEAR DUTY TO ACT

18. One year and eight months have passed since the Petitioners filed their application, and they have not received any correspondence from BCIS.

19. The approval of this application is the essential predicate to the male Petitioner's immigration to the United States.

20. It can not be claimed that the Respondent do not have a clear duty to act.

## III. LACK OF ANY OTHER ADEQUATE REMEDY

21. The Defendants/Respondents are, of course, the only entity legally empowered to issue a decision on the Petitioner's I-130 application.

22. At the present time, it is painfully clear that the applicant/petitioner has no other relief at law.

## NATURE OF RELIEF SOUGHT

This action asks the Court to issue a writ of mandamus compelling the Defendants to approve the Petitioner's I-130.

Dated: _____4 . 28_____ 2008

_____

Frank P. Sprouls

# EXHIBIT
# A

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB #1615-0012; Expires 01/31/07

**I-130, Petition for Alien Relative**

| DO NOT WRITE IN THIS BLOCK - FOR USCIS OFFICE ONLY | | |
|---|---|---|
| A# | Action Stamp | Fee Stamp |

**Section of Law/Visa Category**
- [ ] 201(b) Spouse - IR-1/CR-1
- [ ] 201(b) Child - IR-2/CR-2
- [ ] 201(b) Parent - IR-5
- [ ] 203(a)(1) Unm. S or D - F1-1
- [x] 203(a)(2)(A) Spouse - F2-1
- [ ] 203(a)(2)(A) Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3) Married S or D - F3-1
- [ ] 203(a)(4) Brother/Sister - F4-1

Petition was filed on: _____ (priority date)
- [ ] Personal Interview
- [ ] Pers. [ ] Ben. "A" File Renewed
- [ ] Field Investigation
- [ ] 203(a)(2)(A) Resolved
- [ ] Previously Forwarded
- [ ] I-485 Filed Simultaneously
- [ ] 204(a) Resolved
- [ ] 203(g) Resolved

**Remarks:**

## A. Relationship
You are the petitioner. Your relative is the beneficiary.

| 1. I am filing this petition for my: | 2. Are you related by adoption? | 3. Did you gain permanent residence through adoption? |
|---|---|---|
| [x] Husband/Wife [ ] Parent [ ] Brother/Sister [ ] Child | [ ] Yes  [x] No | [ ] Yes  [x] No |

## B. Information about you

**1. Name (Family name in CAPS)** (First) (Middle)
SAHOTA   Kamaldeep   Kaur

**2. Address (Number and Street)** (Apt.No.)
P.O. Box 12531

(Town or City) (State/Country) (Zip/Postal Code)
Fresno   CA   93778

**3. Place of Birth (Town or City)** (State/Country)
Nagpur   Maharashtra

**4. Date of Birth (mm/dd/yyyy)** 02/20/1977
**5. Gender** [ ] Male [x] Female
**6. Marital Status** [x] Married [ ] Single [ ] Widowed [ ] Divorced

**7. Other Names Used (including maiden name)**
Kamaldeep   Kaur   Bachal

**8. Date and Place of Present Marriage (if married)**
05/31/2006   Punjab, India

**9. U.S. Social Security Number (if any)** 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
**10. Alien Registration Number** A46-512-835

**11. Name(s) of Prior Husband(s)/Wife(s)** 
Hakam   S.   Bachhal
**12. Date(s) Marriage(s) Ended**

**13. If you are a U.S. citizen, complete the following:**
My citizenship was acquired through (check one):
- [ ] Birth in the U.S.
- [x] Naturalization. Give certificate number and date and place of issuance.
  Tenesse   12/13/2004 No. 38497573
- [ ] Parents. Have you obtained a certificate of citizenship in your own name?
  - [ ] Yes. Give certificate number, date and place of issuance. [ ] No

**14a. If you are a lawful permanent resident alien, complete the following:** Date and place of admission for or adjustment to lawful permanent residence and class of admission.

**14b. Did you gain permanent resident status through marriage to a U.S. citizen or lawful permanent resident?**
[x] Yes [ ] No

## C. Information about your relative

**1. Name (Family name in CAPS)** (First) (Middle)
Mehmi   Manjit   Lal

**2. Address (Number and Street)** (Apt. No.)
V.P.O. Gohawar, Distt.

(Town or City) (State/Country) (Zip/Postal Code)
Jalander   Punjab   India

**3. Place of Birth (Town or City)** (State/Country)
Gohawar   Punjab, India

**4. Date of Birth (mm/dd/yyyy)** 02/08/1973
**5. Gender** [x] Male [ ] Female
**6. Marital Status** [x] Married [ ] Single [ ] Widowed [ ] Divorced

**7. Other Names Used (including maiden name)**
Manjit   Lal

**8. Date and Place of Present Marriage (if married)**
05/31/2006   Punjab, India

**9. U.S. Social Security Number (if any)** 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
**10. Alien Registration Number** A74-122-920

**11. Name(s) of Prior Husband(s)/Wive(s)**
N/A
**12. Date(s) Marriage(s) Ended**

**13. Has your relative ever been in the U.S.?** [x] Yes [ ] No

**14. If your relative is currently in the U.S., complete the following:**
He or she arrived as a: N/A
(visitor, student, stowaway, without inspection, etc.)
Arrival/Departure Record (I-94) ___ Date arrived (mm/dd/yyyy) ___

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95

**15. Name and address of present employer (if any)**
Farming,   V.P.O. Gohawar   Punjab, India
Date this employment began (mm/dd/yyyy)

**16. Has your relative ever been under immigration proceedings?**
[ ] No [x] Yes Where Miami, FL When 09/5/2000
[x] Removal [ ] Exclusion/Deportation [ ] Rescission [ ] Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED: Rec'd | Sent | COMPLETED: Appv'd | Denied | Ret'd |
|---|---|---|---|---|---|---|

Form I-130 (Rev. 10/26/05) Y

# EXHIBIT

# B

## Central Valley OB/GYN Medical Group
110 N. Valeria #505
Fresno, CA.93701
Ph.:(559)266-899 Fax: (559) 266-8994

To whom it may concern:

This is to certify that Ms. Kamaldeep Sahota was pregnant. She had a miscarriage on January 28,2008 at 12 weeks gestation. Ms. Sahota is alone and has been crying and is depresssed since then. Ms. Sahota's husband Manjit Mehmi is in India.

She would like her husband to be with her during this difficult time of breavement. I recommend that Mr. Manjit Mehmi be allowed to come to USA to give comfort and suppport to his wife.

Sincerely,

Tejinder S. Sandhu MD

# EXHIBIT

# C

U.S. Department of Homeland Security

MAR 2 1 2008



**U.S. Citizenship
and Immigration
Services**

MAR 1 2 2008

RICCI SPROULS PC
SARA IZADPANAH
RE: MAJIT MEHMI
445 WASHINGTON STREET
SAN FRANCISCO CA 94111

**A-Number/Receipt Number:**

WAC-06-260-50098

Dear Sir or Madam:

Thank you for your recent inquiry to the California Service Center (CSC) via fax or letter for information regarding your case status. USCIS has launched a new referral tracking system through our National Customer Service Center. To ensure that customer inquiries are handled as effectively and as quickly as possible, we ask that you call our National Customer Service Center, which is available Monday through Friday, 8:00 AM – 5:00 PM, PST at 1-800-375-5283. The National Customer Service Center will track your inquiry with us to resolution.

Most importantly, USCIS provides a case-status online inquiry service on our website at www.uscis.gov - just click on the **"Case Status & Processing Dates"** link. Finally, the USCIS website also includes a chart that reports current processing dates for particular applications and petitions in relation to the date the application or petition was filed. The USCIS processes cases in the order received.

Thank you.

ID# **AT7101016**

California Service Center
Congressional & Customer Relations Division XII

**RICCI SPROULS PC**
**Attorneys at Law**
**445 Washington Street**
**San Francisco, CA 94111**
**Telephone (415) 391-2100**
**Fax (415) 520-9455**

February 25, 2008

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**RE:    wac-06-260-50098**
**Beneficiary:  MEHMI, Majit**

Dear Sir/Madam:

The above named beneficiary had an I-130 Petition filed by his United States Citizen Spouse, Kamaldeep Sahota with your service center. The I-130 was filed on 2006 (**EXHIBIT A**) and has been pending since that time.

The beneficiary is residing in India and awaiting the approval of his I-130 so that he can immigrate to the United States and reside with his spouse with whom he has been married since May 30, 2006.

Please find attached the bona fides of this relation (**EXHIBIT B**), in the form of the petitioner's pregnancy and tragic miscarriage records.

Over 19 months have passed since the filing of this petition. I would like to kindly ask for a favorable adjudication in this matter, given the bona fides of the relationship, and the length of time this has been pending. Failure to adjudicate this application within 30 days will result in the filing of a Writ of Mandamus by our office to compel agency action.

Sincerely,

Sara Izadpanah
Ricci Sprouls PC

# EXHIBIT

# A

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB #1615-0012; Expires 01/31/07

# I-130, Petition for Alien Relative

## DO NOT WRITE IN THIS BLOCK - FOR USCIS OFFICE ONLY

| A# | Action Stamp | Fee Stamp |
|---|---|---|

**Section of Law/Visa Category**
- [ ] 201(b) Spouse - IR-1/CR-1
- [ ] 201(b) Child - IR-2/CR-2
- [ ] 201(b) Parent - IR-5
- [ ] 203(a)(1) Unm. S or D - F1-1
- [ ] 203(a)(2)(A) Spouse - F2-1
- [ ] 203(a)(2)(A) Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3) Married S or D - F3-1
- [ ] 203(a)(4) Brother/Sister - F4-1

Petition was filed on: _____ (priority date)
- [ ] Personal Interview
- [ ] Per.  [ ] Ben. " A" File Reviewed
- [ ] Field Investigation
- [ ] 203(a)(2)(A) Resolved
- [ ] Previously Forwarded
- [ ] I-485 Filed Simultaneously
- [ ] 204(a) Resolved
- [ ] 203(g) Resolved

**Remarks:**

## A. Relationship    You are the petitioner.  Your relative is the beneficiary.

| 1. I am filing this petition for my: | 2. Are you related by adoption? | 3. Did you gain permanent residence through adoption? |
|---|---|---|
| [X] Husband/Wife  [ ] Parent  [ ] Brother/Sister  [ ] Child | [ ] Yes  [X] No | [ ] Yes  [X] No |

## B. Information about you

**1. Name (Family name in CAPS)** (First) (Middle)
SAHOTA    Kamaldeep    Kaur

**2. Address (Number and Street)** (Apt.No.)
P.O. Box 12531

(Town or City) / (State/Country) / (Zip/Postal Code)
Fresno    CA    93778

**3. Place of Birth (Town or City)** (State/Country)
Nagpur    Maharashtra

**4. Date of Birth (mm/dd/yyyy)** 02/20/1977
**5. Gender** [ ] Male  [X] Female
**6. Marital Status** [X] Married  [ ] Single  [ ] Widowed  [ ] Divorced

**7. Other Names Used (including maiden name)**
Kamaldeep    Kaur    Bachal

**8. Date and Place of Present Marriage (if married)**
05/31/2006    Punjab, India

**9. U.S. Social Security Number (if any)** 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
**10. Alien Registration Number** A46-512-835

**11. Name(s) of Prior Husband(s)/Wive(s)**
Hakam    S.    Bachhal
**12. Date(s) Marriage(s) Ended**

**13. If you are a U.S. citizen, complete the following:**
My citizenship was acquired through (check one):
- [ ] Birth in the U.S.
- [X] Naturalization. Give certificate number and date and place of issuance.
  Tenesse    12/13/2004 No. 38497573
- [ ] Parents. Have you obtained a certificate of citizenship in your own name?
  [ ] Yes. Give certificate number, date and place of issuance.  [ ] No

**14a. If you are a lawful permanent resident alien, complete the following:** Date and place of admission for or adjustment to lawful permanent residence and class of admission.

**14b. Did you gain permanent resident status through marriage to a U.S. citizen or lawful permanent resident?**
[X] Yes  [ ] No

## C. Information about your relative

**1. Name (Family name in CAPS)** (First) (Middle)
Mehmi    Manjit    Lal

**2. Address (Number and Street)** (Apt. No.)
V.P.O. Gohawar, Distt.

(Town or City) / (State/Country) / (Zip/Postal Code)
Jalander    Punjab    India

**3. Place of Birth (Town or City)** (State/Country)
Gohawar    Punjab, India

**4. Date of Birth (mm/dd/yyyy)** 02/08/1973
**5. Gender** [X] Male  [ ] Female
**6. Marital Status** [X] Married  [ ] Single  [ ] Widowed  [ ] Divorced

**7. Other Names Used (including maiden name)**
Manjit    Lal

**8. Date and Place of Present Marriage (if married)**
05/31/2006    Punjab, India

**9. U.S. Social Security Number (if any)** 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
**10. Alien Registration Number** A74-122-920

**11. Name(s) of Prior Husband(s)/Wive(s)**
N/A
**12. Date(s) Marriage(s) Ended**

**13. Has your relative ever been in the U.S.?** [X] Yes  [ ] No

**14. If your relative is currently in the U.S., complete the following:**
He or she arrived as a:: N/A
(visitor, student, stowaway, without inspection, etc.)
Arrival/Departure Record (I-94) _____ Date arrived (mm/dd/yyyy) _____
Date authorized stay expired, or will expire, as shown on Form I-94 or I-95 _____

**15. Name and address of present employer (if any)**
Farming,    V.P.O. Gohawar    Punjab, India
Date this employment began (mm/dd/yyyy) _____

**16. Has your relative ever been under immigration proceedings?**
[ ] No  [X] Yes  Where Miami, FL  When 09/5/2000
[X] Removal  [ ] Exclusion/Deportation  [ ] Rescission  [ ] Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED: Rec'd | Sent | COMPLETED: App'vd | Denied | Ret'd |
|---|---|---|---|---|---|---|

Form I-130 (Rev. 10/26/05)Y

# EXHIBIT

# B

01-21-2003 09:04

## MOHAN SCANNING CENTRE

PATIENT'S NAME:    MRS. KAMALDEEP KAUR SAHOTA    AGE: 30 YRS/F
REF. BY    :    DR. GURPREET KAUR
DATED: 29-12-2007

INDICATION OF SCAN: CONFIRMATION OF DATES
SINGLE INTRA UTERINE GESTATION SAC WITH VIABLE FETUS IS SEEN AT
THE TIME OF EXAMINATION.

FETAL PARTS ARE SEEN.
CARDIAC ACTIVITY IS NOTED.

CRL: 9.0 MM.
POG: 7 WKS 1 DAYS

THERE IS MILD COLLECTION SEEN AT THE LOWER POLE OF G SAC
MEASURING 14.3 MM S/O SUBCHORIONIC COLLECTION

IMPRESSION:  EARLY INTRA UTERINE PREGNANCY OF 7 WKS 1 DAYS
WITH SUBCHORIONIC COLLECTION.

ADV: FOLLOW UP

I declare that while conducting ultrasonography on this patient, I
have neither detected nor disclosed the sex of her foetus to any
body in any manner.

DR. MOHAN SINGH
(ਮੈਂ ਭਰੂਣ ਬੱਚੇ ਦਾ ਲਿੰਗ ਨਹੀਂ ਜਾਂਚਿਆ ਦੱਸਿਆ)



01-21-2003 09:02

**TEJINDER S. SANDHU, M.D., INC.**
FRESNO: 110 N. VALERIA SUITE 505
(559) 266-8989
SANGER: 2570 JENSEN AVE. SUITE 103
(559) 875-7149

**Prenatal Flow Record** (Supplemental)

LMP: 11-1-07

EDD: ___

**PATIENT IDENTIFICATION**

Patient's name: Sahota Kamaldeep P

2/20/77

Hospital ___

| Date | Year Weight this visit | Pre-gravid | Blood pressure | Protein | Sugar | Ext. weeks gestation | Urine (dates/size) | Fundal height | Fetal heart rate | Edema | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/23 | 144 | 109/62 | | | 12 | | | | | | | SANO USOT US |
| 1/28 | 142 | 109/64 | - | - | | | | | | | | |
| | | | | | | | | | | | | P7 seen - BP c̄ 8wk Lezs |
| | | | | | | | | | | | | Mid spotting / cramp B(+) |
| | | | | | | | | | | | | P7 70 F/U + wk resired |
| | | | | | | | | | | | | CXACIANT MM7. |
| | | | | | | | | | | | | D/c offered but resires |
| | | | | | | | | | | | | CXACIANT MM7 will offer |
| | | | | | | | | | | | | IN 1 wk - if ō SAB. |
| | | | | | | | | | | | | RISKS / Benefits Nw m |
| | | | | | | | | | | | | |

Physician's Signature



CERTIFIED MAIL

**$003.23**
02 1P
0004595935  FEB 25 2008
MAILED FROM ZIP CODE 9411

7003 1010 0000 0000 4291

Sara Izadpanah
Law Office of Ricci Sprouls
445 Washington St.
San Francisco, CA 94111

COPY

CSC

AM FEB 2 8 2008

STAMP #11

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

92607301111 E300

# EXHIBIT

# D

.... U.S. L  .tment of Homeland Security



**U.S. Citizenship
and Immigration
Services**

MAR 2 1 2003

MAR 1 2 2008

RICCI SPROULS PC
SARA IZADPANAH
RE: MAJIT MEHMI
445 WASHINGTON STREET
SAN FRANCISCO CA 94111

**A-Number/Receipt Number:**

WAC-06-260-50098

Dear Sir or Madam:

Thank you for your recent inquiry to the California Service Center (CSC) via fax or letter for information regarding your case status. USCIS has launched a new referral tracking system through our National Customer Service Center. To ensure that customer inquiries are handled as effectively and as quickly as possible, we ask that you call our National Customer Service Center, which is available Monday through Friday, 8:00 AM – 5:00 PM, PST at 1-800-375-5283. The National Customer Service Center will track your inquiry with us to resolution.

Most importantly, USCIS provides a case-status online inquiry service on our website at www.uscis.gov - just click on the **"Case Status & Processing Dates"** link. Finally, the USCIS website also includes a chart that reports current processing dates for particular applications and petitions in relation to the date the application or petition was filed. The USCIS processes cases in the order received.

Thank you.

**AT7101016**
ID#_____

California Service Center
Congressional & Customer Relations Division XII

**RICCI SPROULS PC**
**Attorneys at Law**
**445 Washington Street**
**San Francisco, CA 94111**
**Telephone (415) 391-2100**
**Fax (415) 520-9455**

February 25, 2008

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**RE:   wac-06-260-50098**
**Beneficiary:  MEHMI, Majit**

Dear Sir/Madam:

The above named beneficiary had an I-130 Petition filed by his United States Citizen Spouse, Kamaldeep Sahota with your service center.  The I-130 was filed on 2006 (**EXHIBIT A**) and has been pending since that time.

The beneficiary is residing in India and awaiting the approval of his I-130 so that he can immigrate to the United States and reside with his spouse with whom he has been married since May 30, 2006.

Please find attached the bona fides of this relation (**EXHIBIT B**), in the form of the petitioner's pregnancy and tragic miscarriage records.

Over 19 months have passed since the filing of this petition.  I would like to kindly ask for a favorable adjudication in this matter, given the bona fides of the relationship, and the length of time this has been pending.  Failure to adjudicate this application within 30 days will result in the filing of a Writ of Mandamus by our office to compel agency action.

Sincerely,

Sara Izadpanah
Ricci Sprouls PC

# EXHIBIT

# A

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB #1615-0012; Expires 01/31/07

# I-130. Petition for Alien Relative

## DO NOT WRITE IN THIS BLOCK - FOR USCIS OFFICE ONLY

| A# | Action Stamp | Fee Stamp |
|---|---|---|

**Section of Law/Visa Category**
- [ ] 201(b) Spouse - IR-1/CR-1
- [ ] 201(b) Child - IR-2/CR-2
- [ ] 201(b) Parent - IR-5
- [ ] 203(a)(1) Unm. S or D - F1-1
- [ ] 203(a)(2)(A)Spouse - F2-1
- [ ] 203(a)(2)(A) Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3) Married S or D - F3-1
- [ ] 203(a)(4) Brother/Sister - F4-1

Petition was filed on: _____ (priority date)
- [ ] Personal Interview       [ ] Previously Forwarded
- [ ] Pet. [ ] Ben. "A" File Reviewed   [ ] I-485 Filed Simultaneously
- [ ] Field Investigation      [ ] 204(g) Resolved
- [ ] 203(a)(2)(A) Resolved     [ ] 203(g) Resolved

**Remarks:**

## A. Relationship   You are the petitioner.   Your relative is the beneficiary.

| 1. I am filing this petition for my: | 2. Are you related by adoption? | 3. Did you gain permanent residence through adoption? |
|---|---|---|
| [X] Husband/Wife  [ ] Parent  [ ] Brother/Sister  [ ] Child | [ ] Yes  [X] No | [ ] Yes  [X] No |

## B. Information about you

**1. Name** (Family name in CAPS) (First) (Middle)
SAHOTA   Kamaldeep   Kaur

**2. Address** (Number and Street) (Apt.No.)
P.O. Box 12531

(Town or City)   (State/Country)   (Zip/Postal Code)
Fresno   CA   93778

**3. Place of Birth** (Town or City) (State/Country)
Nagpur   Maharashtra

| 4. Date of Birth (mm/dd/yyyy) 02/20/1977 | 5. Gender [ ] Male [X] Female | 6. Marital Status [X] Married [ ] Widowed [ ] Single [ ] Divorced |
|---|---|---|

**7. Other Names Used** (including maiden name)
Kamaldeep   Kaur   Bachal

**8. Date and Place of Present Marriage** (if married)
05/31/2006   Punjab, India

**9. U.S. Social Security Number** (if any)   **10. Alien Registration Number**
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   A46-512-835

**11. Name(s) of Prior Husband(s)/Wive(s)**   **12. Date(s) Marriage(s) Ended**
Hakam   S.   Bachhal

**13. If you are a U.S. citizen, complete the following:**
My citizenship was acquired through (check one):
- [ ] Birth in the U.S.
- [X] Naturalization. Give certificate number and date and place of issuance.
  Tenesse   12/13/2004 No. 38497573
- [ ] Parents. Have you obtained a certificate of citizenship in your own name?
  - [ ] Yes. Give certificate number, date and place of issuance.  [ ] No

**14a.** If you are a lawful permanent resident alien, complete the following: Date and place of admission for or adjustment to lawful permanent residence and class of admission.

**14b. Did you gain permanent resident status through marriage to a U.S. citizen or lawful permanent resident?**
[X] Yes  [ ] No

## C. Information about your relative

**1. Name** (Family name in CAPS) (First) (Middle)
Mehmi   Manjit   Lal

**2. Address** (Number and Street) (Apt. No.)
V.P.O. Gohawar, Distt.

(Town or City)   (State/Country)   (Zip/Postal Code)
Jalander   Punjab   India

**3. Place of Birth** (Town or City) (State/Country)
Gohawar   Punjab, India

| 4. Date of Birth (mm/dd/yyyy) 02/08/1973 | 5. Gender [X] Male [ ] Female | 6. Marital Status [X] Married [ ] Widowed [ ] Single [ ] Divorced |
|---|---|---|

**7. Other Names Used** (including maiden name)
Manjit   Lal

**8. Date and Place of Present Marriage** (if married)
05/31/2006   Punjab, India

**9. U.S. Social Security Number** (if any)   **10. Alien Registration Number**
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   A74-122-920

**11. Name(s) of Prior Husband(s)/Wive(s)**   **12. Date(s) Marriage(s) Ended**
N/A

**13. Has your relative ever been in the U.S.?**  [X] Yes  [ ] No

**14.** If your relative is currently in the U.S., complete the following:
He or she arrived as a:: N/A
(visitor, student, stowaway, without inspection, etc.)
Arrival/Departure Record (I-94)   Date arrived (mm/dd/yyyy)

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95

**15.** Name and address of present employer (if any)
Farming,   V.P.O. Gohawar   Punjab, India
Date this employment began (mm/dd/yyyy)

**16.** Has your relative ever been under immigration proceedings?
[ ] No  [X] Yes  Where Miami, FL   When 09/5/2000
[X] Removal  [ ] Exclusion/Deportation  [ ] Rescission  [ ] Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED: Rec'd | Sent | COMPLETED: Appv'd | Denied | Ret'd |
|---|---|---|---|---|---|---|

Form I-130 (Rev. 10/26/05) Y

# EXHIBIT

# B

01-21-2003 09:04

PAGE1

## MOHAN SCANNING CENTRE

PATIENT'S NAME:   MRS. KAMALDEEP KAUR SAHOTA    AGE: 30 YRS/F
REF. BY      :      DR. GURPREET KAUR
DATED: 29-12-2007

INDICATION OF SCAN: CONFIRMATION OF DATES
SINGLE INTRA UTERINE GESTATION SAC WITH VIABLE FETUS IS SEEN AT
THE TIME OF EXAMINATION.

FETAL PARTS ARE SEEN.
CARDIAC ACTIVITY IS NOTED.

CRL: 9.0 MM.
POG: 7 WKS 1 DAYS

THERE IS MILD COLLECTION SEEN AT THE LOWER POLE OF G SAC
MEASURING 14.3 MM S/O SUBCHORIONIC COLLECTION

IMPRESSION:  EARLY INTRA UTERINE PREGNANCY OF 7 WKS 1 DAYS
                WITH SUBCHORIONIC COLLECTION.

ADV: FOLLOW UP

I declare that while conducting ultrasonography on this patient, I
have neither detected not disclosed the sex of her foetus to any
body in any manner.

DR. MOHAN SINGH




01-21-2003 09:02
PAGE1

**TEJINDER S. SANDHU, M.D., INC.**
FRESNO: 110 N. VALERIA SUITE 505
(559) 266-8989
SANGER: 2570 JENSEN AVE. SUITE 103
(559) 875-7149

**Prenatal Flow Record** (Supplemental)

LMP: 11-1-07

EDC: ___

| PATIENT IDENTIFICATION |
| --- |
| Patient's name: Sahota Kamaldeep |
| 2/20/77 |
| Hospital _____ |

| Date | Weight min's visit | Blood pressure | Protein | Sugar | Est. weeks gestation | Urine (dates/wks) | Fundal height | Fetal heart rate | Edema | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/23 | 144 | 104/62 | - | - | 12 | | | | | US. Sono US of US |
| 1/28 | 142 | 110/68 | - | - | | | | | | |
| | | | | | | | | | | P7 Scan - EDC c̄ 8wk. Lcz8 |
| | | | | | | | | | | mild spotting / cramp R(+) |
| | | | | | | | | | | P7 70 F/u + wk desired |
| | | | | | | | | | | cytotec? MM? |
| | | | | | | | | | | D/c offered but desires |
| | | | | | | | | | | cytotec? MM? will offer |
| | | | | | | | | | | in 1 wk — if ∅ SAB. |
| | | | | | | | | | | Risks / Benefits ∅ u/m |

Physician's Signature

**CERTIFIED MAIL**

7003 1010 0002 7773 6791

UNITED STATES POSTAGE

$003.23⁰

NEOPOST PITNEY BOWES

02  1P
0004595935  FEB 25 2008
MAILED FROM ZIP CODE 94111

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

Sara Izadpanah
Law Office of Ricci Sprouls
445 Washington St.
San Francisco, CA 94111

*COPY*

QSC

AM FEB 2 8 2008

STAMP #1