1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 KAMALDEEP SAHOTA,                          )
   MAJIT MEHMI,                               )  No. C 08-2207 SC
13                                            )
                    Plaintiffs,               )
14                                            )  **ANSWER**
          v.                                  )
15                                            )
   MICHAEL MUKASEY, Attorney General          )
16 of the United States;                      )
   SCOTT BLACKMAN, Acting Regional Director   )
17 of U.S. Bureau of Citizenship and Immigration )
   Services California Service Center,        )
18                                            )
                    Defendants.               )
19 _____ )

20      Defendants hereby submit their answer to Plaintiffs' Petition for Writ of Mandamus.

21      The initial unnumbered Paragraph consists of Plaintiffs' characterizations of the lawsuit for

22 which no answer is necessary; however, to the extent a response is deemed to be required,

23 Defendants deny the allegations in Paragraph One.

24                          **THE PARTIES**

25      1.  Defendants admit the allegations in Paragraph One.

26      2.  Defendants admit the allegations in Paragraph Two.

27      3.  Defendants admit the allegations in Paragraph Three.

28      4.  Defendants admit the allegations in Paragraph Four.

ANSWER
C08-2207 SC                              1

1   5.  Defendants deny the allegations in Paragraph Five.  Christina Poulos is the Regional

2   Director of the California Service Center in Laguna Niguel.

3   **THE FACTS**

4   6.  Defendants admit the allegations in Paragraph Six.

5   7.  Defendants deny the allegations in Paragraph Seven. Defendants served a Request for

6   Additional Evidence (RFE) upon Plaintiffs on June 6, 2008.  The evidence must be submitted to

7   the USCIS on or before August 29, 2008.  USCIS will adjudicate the I-130 after receiving the

8   evidence requested.

9   8.  Defendants are without sufficient information to admit or deny the allegations in Paragraph

10  Eight.

11  9.  Defendants deny the allegations in Paragraph Nine.

12  10.  Defendants deny the allegations in Paragraph Ten.  The sole purpose of the Request for

13  Evidence issued to the Plaintiff on June 6, 2008 is to obtain sufficient evidence to permit the

14  agency to make the determination of the bona fides of the marriage.

15  11.  Defendants are without sufficient information to admit or deny the allegations in

16  Paragraph Eleven.

17  **ARGUMENT**

18  12.  Defendants deny the allegations in Paragraph Twelve.  Defendants are prepared to

19  adjudicate this petition following receipt of the requested additional evidence.

20  **I.  CLEAR RIGHT TO RELIEF**

21  14.  Defendants admit the allegations in Paragraph Fourteen.

22  15.  Paragraph Fifteen consists of Plaintiffs' characterizations of the action for which no

23  answer is necessary; however, to the extent a response is deemed necessary, Defendants deny the

24  allegations in Paragraph Fifteen.

25  16.  Paragraph Sixteen consists of Plaintiffs' characterizations of the action for which no

26  answer is necessary; however, to the extent a response is deemed necessary, Defendants deny the

27  allegations in Paragraph Sixteen.

28  17.  Defendants deny the allegations in Paragraph Seventeen.  Defendants are prepared to

1 | adjudicate this petition following receipt of the requested additional evidence, which is due in

2 | August 2008.

3 | ## II.  CLEAR DUTY TO ACT

4 | 18.  Defendants deny the allegations in Paragraph Eighteen.

5 | 19.  Defendants admit the allegations in Paragraph Nineteen.

6 | 20.  Pending receipt of the additional evidence that is requested on June 6, 2008, USCIS is

7 | unable to adjudicate this petition.

8 | ## III.  LACK OF ANY OTHER ADEQUATE REMEDY

9 | 21.  Defendants admit the allegations in Paragraph Twenty-One.

10 | 22.  Paragraph Twenty-Two consists of Plaintiffs' characterizations of the action for which no

11 | answer is necessary; however, to the extent a response is deemed necessary, Defendants deny the

12 | allegations in Paragraph Twenty-Two.

13 | ## NATURE OF RELIEF SOUGHT

14 | The remaining paragraph consists of Plaintiff's prayer for relief, to which no admission or

15 | denial is required; to the extent a responsive pleading is deemed to be required, Defendant denies

16 | this paragraph.

17 | ## FIRST AFFIRMATIVE DEFENSE

18 | The Court lacks jurisdiction over the subject matter of this action.

19 | ## SECOND AFFIRMATIVE DEFENSE

20 | The Complaint fails to state a claim against the Defendants upon which relief can be granted.

21 | ## THIRD AFFIRMATIVE DEFENSE

22 | No acts or omissions by the United States or its employees were the proximate cause of any

23 | injury or damages to the Plaintiffs.

24 | ## FOURTH AFFIRMATIVE DEFENSE

25 | At all times alleged in the complaint, Defendants were acting with good faith, with

26 | justification, and pursuant to authority.

27 | ## FIFTH AFFIRMATIVE DEFENSE

28 | Defendants are processing the application referred to in the Complaint to the extent possible at

1  this time.  Accordingly, no relief as prayed for is warranted.

2                              **SIXTH AFFIRMATIVE DEFENSE**

3      Defendants' delay is not unreasonable as a matter of law.

4      WHEREFORE, Defendants pray for relief as follows:

5      That judgment be entered for Defendants and against Plaintiffs, dismissing Plaintiffs'

6  complaint with prejudice; that Plaintiffs take nothing; and that the Court grant such further relief

7  as it deems just and proper under the circumstances.

8  Dated: July 11, 2008                          Respectfully submitted,

9                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney

10

11                                               _____/s/_____
                                                 ILA C. DEISS

12                                               Assistant United States Attorney
                                                 Attorneys for Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER
C08-2207 SC                                      4