1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12 KAMALDEEP SAHOTA,                    )
   MAJIT MEHMI,                         )   No. C 08-2207 SC
13                                      )
              Plaintiffs,               )
14                                      )   **PARTIES' JOINT REQUEST TO BE**
        v.                              )   **EXEMPT FROM FORMAL ADR**
15                                      )   **PROCESS**
   MICHAEL MUKASEY, Attorney General    )
16 of the United States;                )
   SCOTT BLACKMAN, Acting Regional Director )
17 of U.S. Bureau of Citizenship and Immigration )
   Services California Service Center,  )
18                                      )
              Defendants.               )
19 _____    )

20    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

21 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

22 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

23 options provided by the court and private entities, and considered whether this case might benefit

24 from any of them.

25    Here, the parties agree that referral to a formal ADR process will not be beneficial because this

26 mandamus action is limited to Plaintiff Sahota's request that this Court compel Defendants to

27 adjudicate the petition for alien relative.  Given the substance of the action and the lack of any

28 potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax

1  court resources.   Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be

2  removed from the ADR Multi-Option Program and that they be excused from participating in the

3  ADR phone conference and any further formal ADR process.

4  Dated: July 22, 2008                              Respectfully submitted,

5                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
6

7                                                    _____/s/_____
8                                                    ILA C. DEISS
                                                     Assistant United States Attorney
9                                                    Attorney for Defendants

10

11 Dated: July 22, 2008                              _____/s/_____
                                                     FRANK P. SPROULS
12                                                   Attorney for Plaintiffs

13

14                                       **ORDER**
15
          Pursuant to stipulation, IT IS SO ORDERED.
16

17

18 Date: _____                        _____
                                                     SAMUEL CONTI
19                                                   United States District Judge

20

21

22

23

24

25

26

27

28

Parties' Request to be Exempt from ADR
C08-2207 SC                              2