```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMALDEEP SAHOTA,<br>MAJIT MEHMI,<br><br>                Plaintiffs,<br><br>        v.<br><br>MICHAEL MUKASEY, Attorney General<br>of the United States;<br>SCOTT BLACKMAN, Acting Regional Director<br>of U.S. Bureau of Citizenship and Immigration<br>Services California Service Center,<br><br>                Defendants. | No. C 08-2207 SC<br><br>**JOINT CASE MANAGEMENT STATEMENT;** and **[Proposed] ORDER** |

1. Jurisdiction and Service:

The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. § 1331 and 28 U.S.C. § 1361. The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

2. Facts:

Plaintiff Sahota filed a Petition for Alien Relative (Form I-130) on behalf of her spouse, Majit Mehmi, in August 2006. The USCIS has not yet adjudicated the Form I-130 petition. The Plaintiffs filed an action on April 29, 2008, seeking an order from this Court directing USCIS to adjudicate the Form I-130 petition.

Joint Case Management Statement
C08-2207 SC                                   1

1    3. Legal Issues:

2    Whether this Court should dismiss the Plaintiffs' action for lack of subject matter jurisdiction.

3    If this Court has jurisdiction, whether the USCIS is processing Plaintiff Sahota's I-130 petition

4    within a reasonable period of time.

5    4. Motions:

6    The parties do not intend to file motions at this time.

7    5. Amendment of Pleadings:

8    No parties, claims or defenses are expected to be added or dismissed.

9    6. Evidence Preservation:

10   The parties do not have any evidence that falls within this category.

11   7. Disclosures:

12   The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to

13   this case.

14   8. Discovery:

15   The parties do not intend to take any discovery at this time.

16   9. Class Actions:

17   N/A

18   10. Related Cases:

19   The parties are not aware of any related case or cases.

20   11. Relief:

21   The Plaintiffs ask this Court to direct USCIS to adjudicate the Form I-130 application.

22   12. Settlement and ADR:

23   The parties' filed a request to be exempt from formal ADR process on July 22, 2008.

24   13. Consent to Magistrate Judge for All Purposes:

25   The parties consent to magistrate judge jurisdiction.

26   14. Other References:

27   The parties do not believe that this case is suitable for reference to binding arbitration, a

28   special master, or the Judicial Panel on Multidistrict Litigation.

Joint Case Management Statement
C08-2207 SC                                           2

15. Narrowing of Issues:

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g. through summaries or stipulated facts), and any request to bifurcate issues, claims or defenses.

16. Expedited Schedule:

Should this matter not resolve in the near future, the parties believe this case can be resolved on cross-motions for summary judgment.

17. Scheduling:

On June 6, 2008, the USCIS issued a Request for Evidence ("RFE"), and Plaintiffs' response is due on August 29, 2008. The parties believe the case can be resolved after the USCIS has a chance to review the evidence. Since the response to the RFE is due on August 29, 2008, the parties also request that the case management conference scheduled for August 1, 2008 be vacated

If the case cannot be resolved, the parties will file a briefing schedule on the parties' cross-motions for summary judgment, and schedule a case management conference and hearing date.

18. Trial:

The parties do not anticipate the need for a trial in this case.

19. Disclosure of Non-party Interested Entities or Persons:

The parties' intend to file the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

///
///
///
///
///
///
///
///

Joint Case Management Statement
C08-2207 SC                                3

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

None.

| | |
|---|---|
| Dated: July 25, 2008 | Respectfully submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/<br>ILA C. DEISS[1]<br>Assistant United States Attorney<br>Attorney for Defendants |
| Dated: July 25, 2008 | /s/<br>FRANK P. SPROULS<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
SAMUEL CONTI
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.