| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KAMALDEEP SAHOTA,<br>MAJIT MEHMI, | ) ) ) | No. C 08-2207 SC |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |
| MICHAEL MUKASEY, Attorney General of the United States;<br>SCOTT BLACKMAN, Acting Regional Director of U.S. Bureau of Citizenship and Immigration Services California Service Center, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff Sahota's request that this Court compel Defendants to adjudicate the petition for alien relative. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax

Parties' Request to be Exempt from ADR
C08-2207 SC                                    1

1 | court resources.  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be
2 | removed from the ADR Multi-Option Program and that they be excused from participating in the
3 | ADR phone conference and any further formal ADR process.

4 | Dated: July 22, 2008                               Respectfully submitted,

5 |                                                    JOSEPH P. RUSSONIELLO
                                                       United States Attorney

                                                       _____/s/_____
8 |                                                    ILA C. DEISS
                                                       Assistant United States Attorney
9 |                                                    Attorney for Defendants

11 | Dated: July 22, 2008                              _____/s/_____
                                                       FRANK P. SPROULS
12 |                                                   Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.



18 | Date:   July 28, 2008

Parties' Request to be Exempt from ADR
C08-2207 SC                                            2