IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAMALDEEP SAHOTA,

      .    Plaintiff(s),                             No.  C-08-2207-SC

  v.

MICHAEL MUKASEY,                          Clerk's Notice

        Defendant(s).
_____/

YOU ARE NOTIFIED THAT the **Case Management Conference** scheduled for **August 1, 2008** before the Honorable Samuel Conti is **OFF CALENDAR**.

Dated:  July 30, 2008                                          FOR THE COURT,

                                                        Richard W. Wieking, Clerk

                                                        By:  T. De Martini
                                                             Courtroom Deputy Clerk