1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

KAMALDEEP SAHOTA,           )
MAJIT MEHMI,                )  No. C 08-2207 SC
                            )
         Plaintiffs,        )
                            )  **PARTIES' CONSENT TO MAGISTRATE**
      v.                    )  **JUDGE JURISDICTION**
                            )
MICHAEL MUKASEY, Attorney General )
of the United States;       )
SCOTT BLACKMAN, Acting Regional Director )
of U.S. Bureau of Citizenship and Immigration )
Services California Service Center, )
                            )
         Defendants.        )
_____ )

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiffs and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

///

///

Parties' Consent to Magistrate Jurisdiction
C08-2207 SC                                1

| | | |
|---|---|---|
| 1 | Dated: July 30, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 5 | | /s/<br>ILA C. DEISS[1] |
| 6 | | Assistant United States Attorney<br>Attorney for Defendants |
| 8 | Dated: July 30, 2008 | /s/<br>FRANK P. SPROULS |
| 9 | | Attorney for Plaintiffs |

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.