1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 KAMALDEEP SAHOTA,                    )
   MAJIT MEHMI,                         ) No. C 08-2207 SC
13                                      )
              Plaintiffs,               )
14                                      ) **PARTIES' CONSENT TO MAGISTRATE**
        v.                              ) **JUDGE JURISDICTION**
15                                      )
   MICHAEL MUKASEY, Attorney General    )
16 of the United States;                )
   SCOTT BLACKMAN, Acting Regional Director )
17 of U.S. Bureau of Citizenship and Immigration )
   Services California Service Center,  )
18                                      )
              Defendants.               )
19 _____)

20     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiffs

21 and the Defendants in this case hereby voluntarily consent to have a United States Magistrate

22 Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

23 final judgment.

24 ///

25 ///

26 ///

27 ///

28

Parties' Consent to Magistrate Jurisdiction
C08-2207 SC                                      1

1 | Dated: July 30, 2008 | Respectfully submitted,
2 | | JOSEPH P. RUSSONIELLO
  | | United States Attorney

                                        /s/
                                    ILA C. DEISS[1]
                                    Assistant United States Attorney
                                    Attorney for Defendants

Dated: July 30, 2008                    /s/
                                    FRANK P. SPROULS
                                    Attorney for Plaintiffs

**IT IS SO ORDERED**

*Judge Samuel Conti*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Parties' Consent to Magistrate Jurisdiction
C08-2207 SC                        2