1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                             SAN FRANCISCO DIVISION

12  KAMALDEEP SAHOTA,                      )
    MAJIT MEHMI,                           ) No. C 08-2207 JCS
13                                         )
                  Plaintiffs,              )
14                                         ) **STIPULATION TO DISMISS AND**
          v.                               ) **[PROPOSED] ORDER**
15                                         )
    MICHAEL MUKASEY, Attorney General      )
16  of the United States;                  )
    SCOTT BLACKMAN, Acting Regional Director )
17  of U.S. Bureau of Citizenship and Immigration )
    Services California Service Center,    )
18                                         )
                  Defendants.              )
19  _____)

20      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

21  attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

22  entitled action without prejudice in light of the fact that the United States Citizenship and

23  Immigration Services adjudicated Plaintiff Sahota's I-130 application.

24      The parties also request that the Court vacate the case management conference scheduled for

25  September 26, 2008.

26  ///

27  ///

28  ///

Stipulation to Dismiss
C08-2207 JCS                                  1

1    Each of the parties shall bear their own costs and fees.

2    Dated: August 25, 2008                    Respectfully submitted,

3                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney

4

5

6                                              _____/s/_____
                                               ILA C. DEISS[1]
                                               Assistant United States Attorney
7                                              Attorney for Defendants

8

9    Dated: August 25, 2008                    _____/s/_____
                                               FRANK P. SPROULS
10                                             Attorney for Plaintiffs

11

12                              **ORDER**

13   Pursuant to stipulation, IT IS SO ORDERED.

14

15

16   DATED:                                    _____
                                               JOSEPH C. SPERO
17                                             United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.