JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMALDEEP SAHOTA,<br>MAJIT MEHMI,<br><br>           Plaintiffs,<br><br>   v.<br><br>MICHAEL MUKASEY, Attorney General<br>of the United States;<br>SCOTT BLACKMAN, Acting Regional Director<br>of U.S. Bureau of Citizenship and Immigration<br>Services California Service Center,<br><br>           Defendants. | No. C 08-2207 JCS<br><br>**STIPULATION TO DISMISS AND<br>[PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff Sahota's I-130 application.

    The parties also request that the Court vacate the case management conference scheduled for September 26, 2008.

///

///

///

Stipulation to Dismiss
C08-2207 JCS                         1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: August 25, 2008        Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

                         /s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorney for Defendants

Dated: August 25, 2008                          /s/
FRANK P. SPROULS
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: August 27, 2008

JOSEPH C. SPERO
United States Magistrate Judge

_(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero)_

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C08-2207 JCS        2